FILED 14 AUG '24 10:41 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

_4th_ District of _Oregon_

_Eugene_ Division

Case No. 6:24-cv-01335-AA

Plaintiff(s).

Nathaniel Palmer Borgen

-v-

Defendant(s).

The State of Oregon
Meadowlark senior living (compass)
Dr. Vincent Gimino/Hart (Good Samaritan)
Linn Co., Benton Co., Lane Co.

) violation of 1st;5th;7th;14th amendments
) medical malpractice (negligent)
) negligence
) abuse of discretion
) conspiracy to defraud
) wrongful death
) personal injury
) extortion
)
)
) $1,000,000
)

Complaint:

I.

A. The Plaintiff(s)

Name: Nathaniel Palmer Borgen
Street Address: 2796 S main Rd Unit 20
City and County: Lebanon Linn
State and Zip Code: Oregon 97355
Telephone Number: (541) 405-2772
E-mail Address: nategamrdude@gmail.com

B. The Defendant(s)

The State of Oregon, Linn Co., Benton Co., Lane Co., Dr. Gimino/Hart
Meadowlark senior living (compass)

II. Basis for Jurisdiction

Federal question jurisdiction

A.
1. The Plaintiff(s)

Nathaniel Palmer Borgen

B.
2. The Defendant(s)

The State of Oregon; Linn Co.; Benton Co.; Lane Co.;(compass);Dr. Gimino/Hart

3. The Amount in Controversy

$1,000,000

III. Statement of Claim

I, Nathaniel Palmer Borgen allege that all parties listed have violated my constitutional rights. I have previous claim that I tried to contact Dr. Gimino for help before my dad passed away. I was let down on many occasions. The retirement centers listed have done inconceivable damage to me and my family by ignoring vital issues and taking large amounts of money by extortion. I was let down again when my civil rights were violated by Judge Bassi in court while I was in serious hardship. The Oregon Supreme Court completely ignored my complaint and violated my constitutional rights. There was no correspondence or contact whatsoever.

IV. Relief

I ask this court for relief that is just, suitable and compensates for the losses and damage I have sustained.

V. Certification and Closing

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that failure to keep current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/12/24
Signature of Plaintiff _Nath P. Borgen_
Printed Name of Plaintiff _Nathaniel Palmer Borgen_

Nate Borgen
2796 S Main Rd 20
Lebanon, OR 97355

PORTLAND OR RPDC 972
12 AUG 2024 PM 4 L



405 E 8th Ave
Eugene, OR 97401

97401-270698
Attn: Court Clerk

